FILED: January 31, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4486
(3:98-cr-00168-FDW-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JOHNNY ALLEN HASS

      Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

      Response brief due: 03/03/2014

Any reply brief permitted within 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk